

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>David Hamedany<br>DEFENDANT(S). | CASE NUMBER<br>CR 11-75<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a ~~detention~~ bail hearing is set for __2/1__ , __2011__ , at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __~~Hon~~ Ralph Zarefsky__ , in Courtroom __540__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __1/28/11__                    __[signature]__
                                      U.S. District Judge/Magistrate Judge

---